JOHN SCHNEIDER, Respondent, v. JOHN W. SEIBERT, Appellant.

1. Judgment affirmed, with damages, for failure of appellant to file transcript.

*Appeal from St. Louis Land Court.*

Respondent files transcript, and moves to affirm judgment of land court, with damages, because appellant has failed to file transcript, as required by law.

Motion sustained, with ten per cent. damages.

ISAAC WALKER *et al.*, Appellants, v. JAMES LITTLE *et al.*, Respondents.

1. Judgment affirmed for failure to assign errors.   (R. C. 1855, p. 1298, § 23.)

*Appeal from St. Louis Land Court.*

BATES, Judge, delivered the opinion of the court.

The transcript of the record of this cause was filed on the 3d day of September, 1861; and on the 3d of April, 1862, no assignment of errors having been filed, the respondents move the court to affirm the judgment; which is done, all the judges concurring.

ANDREW BRUNGARD, Respondent, v. ANTON JAEGER *et al.*, Appellants.

1. Appeal dismissed for failure to assign errors.

*Appeal from the St. Louis Court of Common Pleas.*

BATES, Judge, delivered the opinion of the court.

The transcript of the record in this cause having been filed on the 24th of September, 1860, and no assignment of errors yet filed, the appeal is, on motion of the respondent, dismissed; all the judges concurring.